**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

RUBEN GUADALUPE SANTALIZ     Case No.  17-06313-MCF

Chapter 13     Attorney Name:  ROBERTO FIGUEROA CARRASQUILLO*

| I. Appearances | | | Date & Time: 11/15/2017 1:40:00PM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R    [ ] NR   LV: 00.00 |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 2 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [ ] Appearing: | | | **None** |

**II. Oath Administered**
  [X] Yes          [ ] No

**III. Plan**

Date:  09/05/2017     Base:   $20,700.00   Payments 2 made out of 2 due.

Confirmation Hearing Date:    11/17/2017  1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
   $3,000.00  -  $132.00   =  $2,868.00

**IV. Status of Meeting**

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

RUBEN GUADALUPE SANTALIZ         Case No.   17-06313-MCF

                              Chapter 13        Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State  -  years<br><br>[ ] Federal  -  years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**RUBEN GUADALUPE SANTALIZ**

Case No. **17-06313-MCF**

Chapter 13    Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

---

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP:** 5

**Household size:** 5

**Disp. Income under 1325(b)(2):** -691.19

Debtor(s) made of aware of their continuing obligation, during the term of the plan, to report any change in their financial/economic circumstances, particularly

increases in income or acquisition of goods or property, either by payment or free of cost, for example and not limited to salary increases, donations, lottery

prizes, inheritances and causes of action.

Debtor(s) made aware of plan's tax refund provision to increase pay-out to creditors.

I reviewed documentary evidence on the filing of the 2013 thru 2016 state income tax returns. No tax refunds history. Debtor will amend plan to delete provision.

1. Plan has no provision for secured arrears of Claim No. 1 filed by BPPR.

2. Plan is insufficiently funded to pay priority debt on behalf of Treasury.

3. Debtor is not considering the amount owed to Empresas Berrios. This matter is causing that debtors claim exempt an excess of $609 over the household goods. Per Schedule amount owed, debtor only is entitle to claim exempt $2,391 over household goods.

The following party(ies) object(s) confirmation:

**s/Osmarie Navarro**    Date: **11/15/2017**

**Trustee/Presiding Officer**    (Rev. 05/13)