B0015-737

**Fill in this information to identify the case:**

Debtor 1: RUBEN GUADALUPE SANTALIZ

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Old San Juan   District of Puerto Rico
(State)

Case number: 17-06313-MCF

---

Form 4100R

# Response to Notice of Final Cure Payment       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** BANCO POPULAR OF PUERTO RICO

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 0 3 2 1

**Property address:** HACIENDA PRIMAVERA
Number    Street
AA 15
_____
CIDRA, PUERTO RICO
City          State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ 0.00

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:        (a) $ 830.30

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 50.00

c. **Total**. Add lines a and b.                   (c) $ 880.30

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  11 / 01 / 2022
MM / DD / YYYY

| Debtor 1 | RUBEN GUADALUPE SANTALIZ | | | Case number (*if known*) 17-06313-MCF |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ s/ Tania M. Vázquez Maldonado
Signature

Date 11 / 01 / 2022

Print: Tania M. Vázquez Maldonado
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Bermúdez & Díaz LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 500 De la Tanca St., Suite 209
Number  Street

San Juan,  PR  00901
City  State  ZIP Code

Contact phone ( 787 ) 523 – 2670

Email tvazquez@bdprlaw.com

bo

Form 4100R  **Response to Notice of Final Cure Payment**  page **2**

|  | STATEMENT OF ACCOUNT | | | |
|---|---|---|---|---|
| **DEBTOR:** | RUBEN GUADALUPE SANTALIZ | | **BPPR NUM:** | XXXXXX0321 |
| **BANKRUPTCY NUM:** | 17-06313 | | **FILING DATE:** | 09/05/17 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | 11/01/22 | | | | 150,948.04 |
| Accrued Interest from | 10/01/22 to | 11/30/22 | | | 945.49 |
| Interest: 3.875% | Accrued num. of days: 59 | Per Diem: | 16.025306 | | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | Escrow Balance | $0.00 | |
| **Total montly escrow** | | $0.00 | Months in arrears  1 | Escrow in arrears | | 0.00 |
| | | | | Accrued Late Charge: | | 0.00 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 0.00 |
| Other | $0.00 | | | | | |
| Legal Fees: | | | | | | 0.00 |
| **Total Estimate due as of** | 11/30/22 | | | | | **151,893.53** |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 0 payments of | $830.30 | each one | | 0.00 |
| acummulated lated charges | | | | 0.00 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 0.00 |
| Other | $0.00 | | | | | |
| Legal Fees: | | | | | | 0.00 |
| | | | **A = TOTAL PRE-PETITION AMOUNT** | | | **0.00** |

**POST-PETTITION AMMENDED:**

| | | | | |
|---|---|---|---|---|
| 0 payments of | $830.30 | each one | | 0.00 |
| Late Charge | | | | 0.00 |
| Post Petition Legal Fees | | | | 0.00 |
| | | **B = TOTAL POST-PETITION AMOUNT** | | **0.00** |

**POST-PETTITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 1 payments of | $830.30 | each one | | 830.30 |
| Late Charge | | | | 0.00 |
| Final Cure | | | | 50.00 |
| | | **C = TOTAL POST-PETITION AMOUNT** | | **880.30** |
| | | TOTAL AMOUNT IN ARREARS | | **880.30** |

### OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 11/01/22 | Interest rate | 3.875% | P & I  $802.88 | Monthly late charge | $33.21 |
| Investor | Banco Popular | Property address | AA-15 HACIENDA PRIMAVERA, CIDRA PR | | | |

**The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.**

*José A. Colón Rivera*                                                                                                    11/01/22

**BANCO POPULAR DE PUERTO RICO**                                                                    DATE

SACCTFHA    José A. Colón Rivera

[17-06313 RUBEN GUADALUPE SANTALIZ](17-06313 RUBEN GUADALUPE SANTALIZ)

**CERTIFICATE OF SERVICE**

It is hereby certified that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, including but not limited to Monsita Lecaroz Arribas, Esq., Office of the US Trustee, to the Chapter 13 Trustee, to Debtor(s) Attorney.

**/s/Tania M. Vázquez Maldonado**
Attorney for BPPR