# UNITED STATES BANKRUPTCY COURT
## DISTRICT 1

In re:
RUBEN GUADALUPE SANTALIZ

Debtor(s)

Case No. 17-06313-MCF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/05/2017.

2) The plan was confirmed on 04/26/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/11/2022.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,832.11.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $26,000.16 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $26,000.16

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,868.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,216.03 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,084.03

Attorney fees paid and disclosed by debtor: $132.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANCO POPULAR DE PUERTO RICO | Secured | 0.00 | 0.00 | 169,144.62 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Secured | 0.00 | 0.00 | 890.48 | 890.48 | 0.00 |
| CARIBBEAN FINANCE | Unsecured | 0.00 | 0.00 | 3,208.53 | 21.89 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 0.00 | 0.00 | 2,047.65 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | 14,697.35 | 0.00 | 19,561.41 | 19,561.41 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 11,726.01 | 0.00 | 9,275.21 | 63.30 | 0.00 |
| EMPRESAS BERRIOS INC | Unsecured | 609.00 | 0.00 | 667.89 | 4.55 | 0.00 |
| NAVIENT SOLUTIONS LLC | Unsecured | 0.00 | NA | 53,831.87 | 367.40 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 996.00 | 0.00 | 1,038.36 | 7.10 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $890.48 | $890.48 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $169,144.62 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$170,035.10** | **$890.48** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $19,561.41 | $19,561.41 | $0.00 |
| **TOTAL PRIORITY:** | **$19,561.41** | **$19,561.41** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$70,069.51** | **$464.24** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,084.03 |
| Disbursements to Creditors | $20,916.13 |
| **TOTAL DISBURSEMENTS:** | **$26,000.16** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/22/2022                    By: /s/ ALEJANDRO OLIVERAS RIVERA
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

17-06313-MCF                           CERTIFICATE OF MAILING
--------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

RUBEN GUADALUPE SANTALIZ
URB HACIENDA PRIMAVERA
15 CALLE AUSTRAL
CIDRA, PR  00739

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICE DEPT 761
PO BOX 362708
SAN JUAN, PR  00936-2708

CBNA
50 NW POINT BLVD
ELK GROVE VILLAGE, IL  60007-1032

QUANTUM3 GROUP LLC
MOMA FUNDING LLC
PO BOX 788
KIRKLAND, WA  98083-0788

DEPARTAMENTO DE HACIENDA
BANKRUPTCY SECTION
235 AVE ARTERIAL HOSTOS STE 1504
SAN JUAN, PR  00918-1451

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140

DSNB MACYS
PO BOX 8218
MASON, OH  45040-8218

EMPRESAS BERRIOS INC
PO BOX 674
CIDRA, PR  00739-0674

SYNCB/BANAREPDC
PO BOX 965005
ORLANDO, FL  32896-5005

SYNCB/PAYPAL EXTRAS MC
PO BOX 965005
ORLANDO, FL  32896-5005

**UST Form 101-13-FR-S (09/01/2009)**

BANCO POPULAR DE PUERTO RICO
TANIA M VAZQUEZ MALDONADO, ESQ
BERMUDEZ AND DIAZ LLP
500 DE LA TANCA STREET SUITE 209
SAN JUAN, PR  00901

CARIBBEAN FINANCE
PO BOX 192388
SAN JUAN, PR  00919-2388

NAVIENT SOLUTIONS, INC
on behalf of DEPT OF EDUCATION LOAN
SERVICES
PO BOX 740351
ATLANTA, GA  30374-0351

NAVIENT SOLUTIONS INC
DEPARTMENT OF EDUCATION LOAN
SERVICES
PO BOX 9635
WILKES-BARRE, PA  18773-9635

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140

NAVIENT SOLUTIONS LLC
ON BEHALF OF US DEPARTMENT OF
EDUCATION
PO BOX 4450
PORTLAND, OR  97208-4450

DATED:  November 22, 2022

/s/ Olga Lopez
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**